**STATE OF LOUISIANA**
**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**(337) 433-9403**

Maurice L. Tynes
Attorney at Law
4839 Ihles Rd
Lake Charles LA 70605

| Judgment on rehearing rendered and mailed to all parties or counsel of record on November 22, 2023 |
| --- |

**REHEARING ACTION: November 22, 2023**

**Docket Number: 23   00063-CA**

**EMERGE CONSTRUCTION GROUP, LLC**
**VERSUS**
**RAYBURN BUSHNELL**

**Appealed from Calcasieu Parish Case No. 2022-2406**

**BEFORE JUDGES:**

  **Hon. Gary J. Ortego**
  **Hon. Ledricka J. Thierry**
  **Hon. Guy E. Bradberry**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Rayburn Bushnell** has this day been

    **DENIED.**

cc: Kari A. "KiKi" Bergeron, Counsel for the Appellant
    Leah Cook, Counsel for the Appellant
    Savannah W. Smith, Counsel for the Appellant
    G. Patrick Wiley, Counsel for the Appellant